# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH LANCE ASHBY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:13-cv-00483 |
| | ) | |
| v. | ) | |
| | ) | Judge Trauger |
| DAY & ZIMMERMANN NPS, INC., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | Jury Demand |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and General Release which fully settles all claims by Plaintiff in this case;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), that all claims that Plaintiff has pending against Defendant are dismissed with prejudice.

This 4th day of August, 2014.

Respectfully submitted,

By: s/ Robert T. Keeton, III
Robert T. Keeton, III
20240 East Main Street
P.O. Box 647
Huntingdon, Tennessee 38344
(731) 986-4444

Attorney for Plaintiff Joseph Lance Ashby

10

By:  s/ Lawrence S. Eastwood, Jr.
Lawrence S. Eastwood, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

Attorneys for Defendant Day & Zimmermann NPS, Inc.

11